HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM A. GROUT, <br><br> Plaintiff, <br><br> v. <br><br> BRUSCO TUG & BARGE, INC., <br><br> Defendant. | IN ADMIRALTY <br><br> NO. C09-5231RJB <br><br> STIPULATION AND ORDER OF DISMISSAL |

COME NOW the above named parties, by and through their counsel of record, and hereby agree and stipulate that this action has been fully settled and compromised and may be dismissed with prejudice, and without costs to any of the parties.

STIPULATION AND ORDER OF DISMISSAL
(C09-5231 RJB) - 1

KRAFT PALMER DAVIES P.L.L.C.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1510
SEATTLE, WA 98104-1825
(206) 624-8844
fax (206) 624-2912

DATED this 25th day of February, 2010.

| | |
|---|---|
| KRAFT PALMER DAVIES, PLLC | SCHWABE WILLIAMSON & WYATT, PC |
| /s/ | /s/ |
| ROBERT M. KRAFT, WSBA #11096 | NOAH B. JARRETT, WSBA #31117 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 720 Third Avenue, Suite 1510 | 1211 SW 5th Avenue, Suite 1900 |
| Seattle, Washington 98104-1845 | Portland, OR 97204 |
| Tel: 206-624-8844 | Tel: 503-222-9981 |
| Fax: 206-624-2912 | Fax: 503-796-2900 |
| Email: RMK@admiralty.com | Email: njarrett@schwabe.com |

### ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned judge of the above entitled Court; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this matter be and the same is hereby dismissed with prejudice and without costs to any of the parties.

DATED this 8th day of March, 2010.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
(C09-5231 RJB) - 2

KRAFT PALMER DAVIES P.L.L.C.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1510
SEATTLE, WA 98104-1825
(206) 624-8844
fax (206) 624-2912